FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 2 3 2026

Kevin P. Weimer, Clerk
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| *v.* | Criminal Action No. |
| EDWIN BRANT FROST IV | 3:26-CR-00008 |

I, Edwin Brant Frost IV, the above-named defendant, who is accused of violating Title 18, United States Code, Section 1343, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on April 23, 2026, prosecution by indictment and consent that the proceeding may be by information rather than by indictment. I further have elected not to request discovery under Rule 16 of the Federal Rules of Criminal Procedure and hereby waive the right to discovery under Rule 16.

Edwin Brant Frost IV
Defendant

Nicholas A. Lotito
Counsel for Defendant

Before ______________________
Judicial Officer