AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Edwin Brant Frost IV<br>*Defendant* | ) | Case No. 3:26-cr-00008-LMM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Edwin Brant Frost IV .

Date: 04/29/2026

/s/ Marc L. Mukasey
*Attorney's signature*

Marc L. Mukasey (pro hac vice)
*Printed name and bar number*

SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
*Address*

mmukasey@seyfarth.com
*E-mail address*

(212) 218-5500
*Telephone number*

*FAX number*