**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWIN BRANT FROST IV,<br><br>Defendant. | Case No. 3:26-CR-00008-LMM |

**ORDER REGARDING PERSONAL**
**ELECTRONIC DEVICES FOR USE IN A PROCEEDING**

With the permission of the Court, the following attorneys are authorized to bring the Personal Electronic Devices (collectively, "Devices") listed below into the United States Courthouse for the Northern District of Georgia, Newnan Division (the "Courthouse") for use in all proceedings in the action captioned United States of America v. Edwin Brant Frost IV, 3:26-CR-00008-LMM:

| Attorney, Firm | Email | Devices |
|---|---|---|
| Marc L. Mukasey, Seyfarth Shaw LLP | mmukasey@seyfarth.com | Cell phone |
| Torrey K. Young, Seyfarth Shaw LLP | tkyoung@seyfarth.com | Cell phone and laptop, charging brick and wire |

Proper identification will be required upon entering the Courthouse. Devices will be subject to inspection by the United States Marshals Service.

This order shall be effective through the pendency of the matter.

**SO ORDERED,** this 8th day of May, 2026.

Hon. Leigh Martin May
Chief Judge of the Northern District of Georgia