UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

UNITED STATES OF AMERICA

V.                                                          3:26-cr-00008-LMM

EDWIN BRANT FROST, IV

## NOTICE OF SENTENCING DATE

### TO THE ABOVE-NAMED DEFENDANT:

By direction of the Honorable Leigh Martin May, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Northern District of Georgia on **Friday, August 14, 2026, at 2:00 PM**, 3rd Floor Courtroom, 18 Greenville Street, Newnan, Georgia 30263, for imposition of sentence. **You will receive no further notice.**

If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed, and that you report immediately to the United States Probation Office of this Court for interview and further instruction.

The parties are **DIRECTED** to file sentencing memorandums on CM/ECF five (5) business days prior to the sentencing hearing.

**\*\*\*Children under the age of thirteen (13) will not be permitted to attend the sentencing hearing without prior approval from the Court.**

DATE: May 12, 2026                                    KEVIN P. WEIMER, CLERK

                                                      s/ Brittany N. Poley
                                                      Courtroom Deputy Clerk

Received by Defendant:_____

Received by Counsel: _____

**NOTE: Any request for a continuance should be brought to the Court's attention as soon as possible by having your attorney contact Brittany Poley at Brittany_Poley@gand.uscourts.gov**

☐ Plea          ☐ Trial            ☐ Nolo            ☐ Negotiated Plea
☐ Bond          ☐ Federal Custody  ☐ State Custody   ☐ USM Custody