# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

UNITED STATES OF AMERICA

v.

EDWIN BRANT FROST IV,

Defendant.

Case No. 3:26-CR-00008-LMM

## DEFENDANT EDWIN BRANT FROST IV'S
## MOTION TO CONTINUE SENTENCING DATE

**PLEASE TAKE NOTICE** that defendant Edwin Brant Frost IV ("Frost"),

through undersigned counsel, respectfully moves this Court to continue his

sentencing to October 26, 2026.  In support of his motion, defendant Frost shows

the following:

1.     On May 12, 2026, the defendant pleaded guilty to a one-count

information.

2.     The defendant's sentencing is currently scheduled for August 14, 2026

at 2:00 PM.  ECF No. 13.

3.     By this application, the defendant seeks to continue his sentencing

until October 26, 2026.

4.     The reasons for the requested continuance are as follows:

a. One of the defendant's lawyers is unavailable on the currently scheduled sentencing date; and

b. Defense counsel will require the extra time to accumulate, review and prepare materials in support of the defendant's sentencing submission.

5. The Government does not oppose this request.

6. This is the first request for an adjournment of the sentencing date.

WHEREFORE, the undersigned respectfully requests the sentencing of defendant Edwin Brant Frost IV be adjourned from August 14, 2026 until October 26, 2026.

Dated: New York, New York  Respectfully submitted,
June 25, 2026

 /s/ Marc L. Mukasey
Marc L. Mukasey (admitted *pro hac vice*)
Torrey K. Young (admitted *pro hac vice*)

SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
mmukasey@seyfarth.com
tkyoung@seyfarth.com

and

 /s/ Nicholas A. Lotito
Nicholas A. Lotito

LOTITO & KIRSCHENBAUM
1800 Peachtree Street NW, Suite 300
Atlanta, Georgia 30309
(404) 565-1200
nick@nlsklaw.com

*Counsel for Defendant*
*Edwin Brant Frost IV*

**CERTIFICATE OF SERVICE**

This is to certify that on this 25th day of June, 2026, I electronically served a copy of Defendant Edwin Brant Frost IV's Motion to Continue Sentencing using the CM/ECF system upon all counsel of record in this matter.

 /s/ Marc L. Mukasey
Marc L. Mukasey (admitted *pro hac vice)*

**CERTIFICATE OF FONT AND TYPE SELECTION**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing Motion to Continue Sentencing has been prepared in accordance with Local Rule 5.1(C).

  /s/ Marc L. Mukasey
Marc L. Mukasey (admitted *pro hac vice)*