**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

UNITED STATES OF AMERICA

v.

EDWIN BRANT FROST IV,

Defendant.

Case No. 3:26-CR-00008-LMM

**ORDER GRANTING DEFENDANT EDWIN BRANT FROST IV'S MOTION TO CONTINUE SENTENCING DATE**

On June 25, 2026, the Defendant Edwin Brant Frost IV ("Frost") filed a motion to continue his sentencing date from August 14, 2026 at 2:00 P.M. to October 26, 2026. For good cause shown, and with consent from the Government, the Court hereby **GRANTS** Mr. Frost's Motion and **ORDERS** that the Sentencing Hearing, currently scheduled for August 14, 2026 at 2:00 P.M., be adjourned until October 26, 2026 at 1:30PM in the 3rd floor Newnan courtroom.

SO ORDERED, this 26th day of June, 2026.

Hon. Leigh Martin May
Chief Judge of the Northern District of Georgia